UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI KOURANI,

                  Plaintiff,

    -against-

DEPARTMENT OF JUSTICE,

                  Defendant.

24-CV-0986 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 12, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 12, 2024
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                               Chief United States District Judge